```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    SHAWN LAMAR IVORY
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-05-0040 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER CONTINUING** |
| v. | ) | **STATUS CONFERENCE** |
| | ) | |
| SHAWN LAMAR IVORY, | ) | |
| | ) | Date: April 19, 2005 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Shawn Lamar Ivory, that the status conference scheduled for April 19, 2005, may be continued to May 17, 2005, at 8:30 a.m.

The parties continue to explore options for resolving the case but seek additional time to complete their discussions. Accordingly, the parties agree that the ends of justice to be served by this continuance outweigh the best interests of the public and Mr. Ivory in a speedy trial. The parties agree that time under the Speedy Trial Act may be

1  excluded through May 17, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv) (Local Code T4).
3                                        Respectfully submitted,
4                                        QUIN DENVIR
                                         Federal Defender
5
6  Dated: April 15, 2005                 /s/ T. Zindel
                                         TIMOTHY ZINDEL
7                                        Assistant Federal Defender
                                         Attorney for SHAWN LAMAR IVORY
8
9                                        McGREGOR SCOTT
                                         United States Attorney
10
11 Dated: April 15, 2005                 /s/ A. Pings
                                         ANNE PINGS
12                                       Assistant U.S. Attorney
13
14                                   **O R D E R**
15
16     The status conference is continued to May 17, 2005, at 10:00 a.m.
17 Time under the Speedy Trial Act is excluded through that date for the
18 reasons state above and by agreement of the parties.
19     IT IS SO ORDERED.
20 Dated: April 18, 2005.
21
22                                       _____
23                                       MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE
24
25
26
27
28

2