```
1  QUIN DENVIR, Bar #49374
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   SHAWN LAMAR IVORY
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-05-0040 MCE |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **STIPULATION AND ORDER CONTINUING** |
| v. | ) | **STATUS CONFERENCE** |
|  | ) |  |
| SHAWN LAMAR IVORY, | ) |  |
|  | ) | Date: May 17, 2005 |
| Defendant. | ) | Time: 8:30 a.m. |
|  | ) | Judge: Hon. Morrison C. England |
| _____ | ) |  |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Shawn Lamar Ivory, that the status conference scheduled for May 17, 2005, may be continued to May 24, 2005, at 8:30 a.m.

The parties continue to explore options for resolving the case but seek additional time to complete their discussions. Accordingly, the parties agree that the ends of justice to be served by this continuance outweigh the best interests of the public and Mr. Ivory in a speedy trial. The parties agree that time under the Speedy Trial Act may be

1  excluded through May 24, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv) (Local Code T4).
3                                      Respectfully submitted,
4                                      QUIN DENVIR
                                       Federal Defender
5
6  Dated: May 13, 2005        /s/ T. Zindel
                                       TIMOTHY ZINDEL
7                                      Assistant Federal Defender
                                       Attorney for SHAWN LAMAR IVORY
8
9                                      McGREGOR SCOTT
                                       United States Attorney
10
11 Dated: May 13, 2005        /s/ A. Pings
                                       ANNE PINGS
12                                     Assistant U.S. Attorney
13
14                                  **O R D E R**
15
16     The status conference is continued to May 24, 2005, at 10:00 a.m.
17 Time under the Speedy Trial Act is excluded through that date for the
18 reasons state above and by agreement of the parties.
19     IT IS SO ORDERED.
20
21 Dated: May 18, 2005
22
23                              _____
24                              MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE
25
26
27
28

2