1  QUIN DENVIR, Bar #49374
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   SHAWN LAMAR IVORY
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       ) No. CR. S-05-0040 MCE
                                   )
14              Plaintiff,         )
                                   ) **STIPULATION AND ORDER CONTINUING**
15      v.                         ) **STATUS CONFERENCE**
                                   )
16 SHAWN LAMAR IVORY,              )
                                   ) Date:  May 24, 2005
17              Defendant.         ) Time:  8:30 a.m.
                                   ) Judge: Hon. Morrison C. England
18 _____ )

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Shawn Lamar Ivory, that the status conference

22 scheduled for May 24, 2005, may be continued to June 21, 2005, at 8:30

23 a.m.

24      Additional time is needed to draft and review an agreement

25 reflecting the parties' proposed resolution of this case -- and somewhat

26 more time is needed because of the work schedules of both counsel.  To

27 have adequate time to write the final agreement, the parties agree that

28 the ends of justice to be served by this continuance outweigh the best

interests of the public and Mr. Ivory in a speedy trial. The parties agree that time under the Speedy Trial Act may be excluded through June 21, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: May 21, 2005        /s/ T. Zindel
                           TIMOTHY ZINDEL
                           Assistant Federal Defender
                           Attorney for SHAWN LAMAR IVORY


McGREGOR SCOTT
United States Attorney

Dated: May 21, 2005        /s/ A. Pings
                           ANNE PINGS
                           Assistant U.S. Attorney


**O R D E R**

The status conference is continued to June 21, 2005, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons state above and by agreement of the parties.

IT IS SO ORDERED.

Dated: May 24, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2